IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHEMICAL EQUIPMENT LABS, INC.<br>*Plaintiff*, | : | |
| v. | : | CIVIL ACTION<br>NO. 19-3441 |
| TRAVELERS PROPERTY CASUALTY<br>COMPANY OF AMERICA<br>*Defendant*. | : | |

# **ORDER**

AND NOW, this 31st day of March 2022, upon consideration of: Plaintiff's Motion for Summary Judgment (ECF No. 27); Defendant's Opposition to Summary Judgment and Cross Motion for Summary Judgment (ECF No. 31); Plaintiff's Reply (ECF No. 33); and, Defendant's Reply (ECF No. 36), it is hereby ORDERED that Plaintiff's Motion (ECF No. 27) is DENIED and Defendant's Motion (ECF No. 31) is GRANTED in PART and DENIED in PART, all in accordance with this Court's accompanying Memorandum.

BY THE COURT:

/s/ C. Darnell Jones, II    J.